UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

------------------------------------x

JOSEPH CROCONO and ULTAN MCGLONE, derivatively on behalf of HASBRO, INC., :

    Plaintiffs,

vs.                           Case No. 26-cv-41

CHRISTIAN COCKS, CYNTHIA WILLIAMS, KENNETH A. BRONFIN, MICHAEL BURNS, HOPE F. COCHRAN, LISA GERSH, ELIZABETH HAMREN, LINDA ZECHER HIGGINS, BLAKE J. JORGENSEN, TRACY LEINBACH, EDWARD M. PHILIP, LAUREL J. RICHIE, RICHARD S. STODDART, and MARY BETH WEST,

    Defendants,

    and

HASBRO, INC.,

    Nominal Defendant.

------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs Joseph Crocono and Ultan McGlone hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Christian Cocks, Cynthia Williams, Kenneth A. Bronfin, Michael Burns, Hope F. Cochran, Lisa Gersh, Elizabeth Hamren, Linda Zecher Higgins, Blake J. Jorgensen, Tracy Leinbach, Edward M. Phillip, Laurel J. Richie, Richard S. Stoddart, Mary Beth West, and nominal Defendant Hasbro, Inc.

Dated: February 17, 2026

**HIGGINS, CAVANAGH & COONEY, LLP**

 /s/ *Stephen P. Cooney*
Stephen P. Cooney (Bar No. 6803)
10 Dorrance Street, Suite 400
Providence, RI 02903
Telephone: (401) 272-3500
Facsimile: (401) 273-8780
Email: scooney@hcc-law.com

**THE BROWN LAW FIRM, P.C.**
Sarah Maneval
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: smaneval@thebrownlawfirm.net
Email: shashmi@thebrownlawfirm.net

*Counsel for Plaintiffs*